**Jerd (Jerry) HARVEY et al.**

**v.**

**Alex KIDD et al.**

Court of Appeals of Kentucky.

Nov. 23, 1960.

W. W. Burchett, Prestonsburg, for appellant.

Edmond H. Tackett, Prestonsburg, for appellee.

PER CURIAM.

This case is before us on motion for an appeal from a judgment of the Floyd Circuit Court which definitely fixed the right to and the course of a roadway over the land of appellants and of some of the appellees.

We find that the road was properly established over the property of appellants and find that no prejudicial error was committed by the court.

The motion for an appeal is overruled and the judgment is affirmed.